# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-415
Lower Tribunal No. CF19-000622-XX

_____

CORDARRALL HALL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Donald G. Jacobsen, Judge.

November 28, 2023

PER CURIAM.

AFFIRMED.

TRAVER C.J., and WOZNIAK and MIZE, JJ., concur.

Rachael E. Reese, of O'Brien Hatfield Reese, P.A., Tampa, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED